| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

RICKY WAYNE BECKETT,          §
                              §
    Plaintiff,              §
                              §
*versus*                      §   CIVIL ACTION NO. 1:22-CV-358
                              §
SHERIFF, JEFFERSON COUNTY, *et al.*, §
                              §
    Defendants.             §

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Ricky Wayne Beckett, a prisoner previously confined at the Jefferson County Correctional Facility, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against the Sheriff of Jefferson County, Chief Shawnburger, and Major Guillory.

The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. On December 2, 2024, the magistrate judge recommended dismissing the action. To date, the parties have not filed objections to the report.

The court received and considered the Report and Recommendation of United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the Report and Recommendation of United States Magistrate Judge (#26) is

**ADOPTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

SIGNED at Beaumont, Texas, this 7th day of January, 2025.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE